1  LAW OFFICES OF SHARON L. LAPIN
   SHARON L. LAPIN SBN 165919
2  110 LOCH LOMOND DR.
   SAN RAFAEL, CA 94901
3  PHONE: (415) 686-12471
   FAX: (916) 258-0326
4  email: lapinlaws@juno.com

5

   Attorney for Plaintiff
6

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12

13

14 GEORGE A. SALDATE, JR.                CASE NO.: 1:09-CV-02089- LJO-SMS

15         Plaintiff,                    ORDER GRANTING REQUEST TO
   v.                                    APPEAR BY TELEPHONE
                                         FOR THE MOTION TO DISMISS
16 WILSHIRE CREDIT CORPORATION;
   WMC MORTGAGE CORPORATION;             JUDGE:  Lawrence J. O'Neill
17 QUALITY LOAN SERVICE                  DATE:   February 24, 2010
   CORPORATION; WELLS FARGO BANK,        TIME:   8:30 A.M.
18 N.A. AS TRUSTEE FOR THE MLMI          DEPT:   Courtroom 4
   TRUST SERIES 2006-WMC1; VALLEY
19 WIDE HOME LOANS; CRAIG HUGH
   BARTON; NORFILIA GARZA;
20 and DOES 1-20 inclusive,

21         Defendants.
22 _____/

23 The Court having reviewed the Request to Appear by Telephone at the Motion to Dismiss, good

24 cause appearing therefore, hereby orders as follows:

25        IT IS HEREBY ORDERED, that if this Court deems a hearing necessary, Plaintiff's Counsel

26 may appear telephonically at the Motion to Dismiss currently set to be heard on February 24, 2010

27 in Courtroom 4 before the Honorable Lawrence J. O'Neill, of the above entitled Court, by and

28 through his counsel, Sharon L. Lapin (415) 686-1247.  This Court's practice is to rule on motions

on the record without oral argument.

IT IS SO ORDERED.

**Dated:**     February 1, 2010                        /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE